## GARMS v. STATE.
### No. 17810.

Court of Criminal Appeals of Texas.
April 22, 1936.

W. W. Kirk, of Plainview, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for theft of property over the value of $50; punishment assessed at confinement in the penitentiary for two years.

The record contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.